# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Del Cid-Bantes, et al. v. Garland Docket No.: 25-842

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Kristen H. Blosser

Firm: U.S. Department of Justice, Office of Immigration Litigation

Address: P.O. Box 878, Ben Franklin Station, Washington, D.C. 20044

Telephone: 202-305-1060 Fax: ______

E-mail: Kristen.H.Blosser@usdoj.gov

Appearance for: Merrick B. Garland, Respondent
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______ )
(name/firm)

☐ Substitute counsel (replacing other counsel: ______ )
(name/firm)

☑ Additional counsel (co-counsel with: Linda Cheng )
(name/firm)

☐ Amicus (in support of: ______ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on ______ OR

☐ I applied for admission on ______.

Signature of Counsel: s/ Kristen H. Blosser

Type or Print Name: Kristen H. Blosser