**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-842

Caption [use short title]: Del Cid-Bantes, et al. v. Bondi

**Motion for:** expedited decision on stay motion

Set forth below precise, complete statement of relief sought:

expedited decision on Petitioner's August 6, 2025 motion for a stay of removal

**MOVING PARTY:** Respondent

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☑ Appellee/Respondent

**OPPOSING PARTY:** Petitioner

**MOVING ATTORNEY:** Kristen H. Blosser

**OPPOSING ATTORNEY:** Joshua Bardavid

[name of attorney, with firm, address, phone number and e-mail]

| Moving attorney | Opposing attorney |
| --- | --- |
| United States Department of Justice | 277 Broadway, Suite 1501 |
| Civil Division, Office of Immigration Litigation | New York, NY 10007 |
| P.O. Box 878, Ben Franklin Station | (212) 219-3244 |
| Washington, DC 20044 | |

Court-Judge/Agency appealed from: Board of Immigration Appeals

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Kristen H. Blosser **Date:** 08/31/2026 Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

---

**ORDER**

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: ______________________ By: ______________________

**Form T-1080** (rev. 7-12)

**No. 25-842**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

---

**WENDY LISSETH DEL CID-BANTES,**
**J.A.M.-D.C.,**
**Petitioners,**

**v.**

**TODD BLANCHE,**
**United States Attorney General,**

**Respondent.**

---

# RESPONDENT'S MOTION TO EXPEDITE DECISION ON PETITIONERS' MOTION TO STAY REMOVAL AND NOTICE OF INTENT TO REMOVE

---

Respondent, through undersigned counsel, requests that the Court expedite its decision on Petitioners' August 26, 2026 motion for a stay of removal, filed after the certified administrative record and after the parties completed briefing. *See* Docket Entry 11 (Certified Administrative Record); Docket Entry 20 (Petitioners' Opening Brief); Docket Entry 30 (Respondent's Answering Brief); Docket Entry 33 (Petitioners' Stay Motion). Concurrently with this notice, Respondent files a response opposing Petitioners' motion for a stay of removal.

## ARGUMENT

The pendency of Petitioners' request to stay removal implicates the Department of Justice's informal "forbearance policy," which generally states that an alien who has filed a motion for a stay of removal will not be removed unless and until the Court has affirmatively denied his or her request for a stay. *See, e.g., In re Immigration Petitions for Review Pending in U.S. Court of Appeals for the Second Circuit*¸ 702 F.3d 160, 162 (2d Cir. 2012); *Persuad v. Holder*, 2011 WL 5326465 at *1 (W.D.N.Y. 2011). The purpose of that policy is to ensure that an alien is not removed from the United States before the Court has had the opportunity to adjudicate his or her stay motion. Consistent with that purpose and considering the particular circumstances of this case, Respondent hereby informs the Court that he will continue to apply that policy for a reasonable period of time to allow the Court to adjudicate Petitioners' stay motion. However, if a determination is not made by September 11, 2026, Respondent intends to inform the Department of Homeland Security ("DHS") that the forbearance policy is no longer applicable in this case and that DHS may remove Petitioners Wendy Lisseth Del Cid-Bantes and J.A.M.-D.C. at any time, provided the Court has not issued an order granting a stay.

Based on the foregoing considerations, Respondent requests that the Court expedite its adjudication of Petitioners' stay request and that it issue a decision before September 11, 2026.

## CONCLUSION

For the foregoing reasons, Respondent's motion to expedite the Court's decision should be granted and Petitioners' stay motion should be denied for the reasons detailed in Respondent's concurrently-filed opposition.

Respectfully submitted,

**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division

**ANDREW B. INSENGA**
Senior Litigation Counsel

s/ Kristen H. Blosser
**KRISTEN H. BLOSSER**
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 253-7728
Attorneys for the Respondent

Dated: August 31, 2026

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify that the foregoing:

(1) was prepared using Times New Roman 14-point font; and

(2) contains 369 words of text.

s/ Kristen H. Blosser
KRISTEN H. BLOSSER
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1060

August 31, 2026

## CERTIFICATE OF SERVICE

I hereby Certify that on August 31, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate ACMS system and notification was sent through that system to counsel for Petitioners as reflected on the Court's docket.

s/ Kristen H. Blosser
KRISTEN H. BLOSSER
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1060